Henry M. Rynehart, Appellant, v. Frederick W. Rowe, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

Lena Saberski, Respondent, v. The New York Central Railroad Company, Appellant.— Judgment of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

Philip Schneider, Appellant, v. New York and Long Island Traction Company, Respondent.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Michael Scinto, Respondent, v. George S. Dearborn, Appellant.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Minnie Stolowitz, Appellant, v. Harry Stolowitz, Respondent.— Interlocutory judgment affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Louise B. Stoothoff, Appellant, v. Henry Grieshaber, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Wesley Wait, Plaintiff, v. Postal Telegraph-Cable Company and Central Hudson Gas and Electric Company, Defendants.— Plaintiff's exception to the dismissal of the complaint is sustained and a new trial granted, costs to abide the event, upon the ground that upon the evidence it was a question of fact for the jury whether or not the weak condition of poles Nos. 1, 2 and 3, due to defendant's negligence in maintaining them, was a proximate cause of their fall. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Morris Rawitz, as Administrator, etc., Plaintiff, v. Brooklyn Milk Company, Inc., Defendant.— Motion denied, without costs. Present — Thomas, Mills, Rich and Putnam, JJ.

Vincenzo Borelli, an Incompetent Person, etc., Respondent, v. Greenwood Cemetery, Appellant. —Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ., concurred.

John Dow, Respondent, v. Patrick Ryan Construction Corporation, Appellant. —Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict finding the defendant negligent for not blocking and wedging the derrick mast as it was lying temporarily across the street is against the greater weight of evidence. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

John Hauff, Respondent, v. Levy Dairy Company, Appellant. — Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.